# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ROBERT L. BALL  
459 SHERWOOD LANE     SSN-xxx-xx-1154  
DIXON, IL 61021

Case Number: 07-72792

Case filed on: 11/14/2007  
Plan Confirmed on: 2/29/2008

D Dismissed

Total funds received and disbursed pursuant to the plan: $5,384.08     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | THE LAW OFFICE OF BENNIE W. FERNANDEZ | 3,873.00 | 3,873.00 | 2,873.00 | 0.00 |
|  | Total Legal | 3,873.00 | 3,873.00 | 2,873.00 | 0.00 |
| 013 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ROBERT L. BALL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | GMAC MORTGAGE | 28,730.20 | 1,427.85 | 1,427.85 | 0.00 |
| 002 | HOUSEHOLD MORTGAGE SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | HOUSEHOLD MORTGAGE SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | SPECIALIZED LOAN SERVICING | 32,635.58 | 0.00 | 0.00 | 0.00 |
| 012 | EDWARD FOX | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 61,365.78 | 1,427.85 | 1,427.85 | 0.00 |
| 005 | AMERICAN GENERAL FINANCIAL SERVICES | 743.64 | 74.36 | 24.15 | 0.00 |
| 006 | CAPITAL ONE | 5,963.73 | 596.37 | 193.71 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 2,765.29 | 276.53 | 89.82 | 0.00 |
| 008 | GEMB / WALMART | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | US BANK NA | 6,273.34 | 627.33 | 203.76 | 0.00 |
| 011 | PORTFOLIO RECOVERY ASSOCIATES | 4,442.20 | 444.22 | 144.29 | 0.00 |
|  | Total Unsecured | 20,188.20 | 2,018.81 | 655.73 | 0.00 |
|  | Grand Total: | 85,426.98 | 7,319.66 | 4,956.58 | 0.00 |

Total Paid Claimant:    $4,956.58  
Trustee Allowance:    $427.50  
Percent Paid Unsecured:    32.48

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 11/24/2008     By /s/Heather M. Fagan